AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

FILED
JUN 10 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America ) | Case No. 4-10-70485 MAG |
| v. ) | |
| ) | |
| MUSTAFA SHUJAYEE ) | Charging District: U.S.D.C. Southern Dist. of CA |
| ) | |
| *Defendant* ) | Charging District's Case No. 10CR2242-JM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S.D.C. Southern District of California 940 Front Street San Diego, CA 92101 | Courtroom No.: Magistrate Judge Gallo |
|---|---|---|
| | | Date and Time: 6/22/2010 at 10:30 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jun 10, 2010

*Judge's signature*

LAUREL BEELER, U.S. MAGISTRATE JUDGE
*Printed name and title*